UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SHAUNA MARGUERITE WINTERS,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. CV-21-33 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED:  The Commissioner's final decision denying Plaintiff's claims for disability insurance benefits is AFFIRMED..

Dated this 11th day of July, 2022.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
S. Redding, Deputy Clerk