IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SHUANA WINTERS,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | CV 21-33-BU-BMM<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO SOCIAL SECURITY ACT § 206(b)(1) |

Before the Court is the Motion of Petitioner for Award of Attorney's Fees pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1). (Doc. 22.) Based on the pleadings, as well as the position of the Defendant Commissioner, *see* (Doc. 24),

IT IS HEREBY ORDERED that attorney fees in the total amount of Forty-Five Thousand Seven Hundred Forty-Eight Dollars ($45,748.00) pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1) be paid. Upon receipt of payment, Plaintiff's counsel shall refund the Equal Access to Justice Act fee received in this matter to Plaintiff. Whether the check is made payable to Plaintiff or to Plaintiff's counsel Eric Rasmusson, the check shall be mailed to Eric Rasmusson.

1

DATED this 23rd day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court